**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Whitney Miller, f/k/a Whitney Carpenter,

        Plaintiff,

v.

NHS, Northstar, Inc.,

and

Jose Cordero,

        Defendants.

Civil No. 25-4392 _____

**NOTICE OF AND**
**PETITION FOR REMOVAL**

---

TO:    UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA.

Defendant NHS, Northstar, Inc., ("Defendant NHS") for its Notice of and Petition for Removal of this case to the United States District Court for the District of Minnesota state as follows:

1.    On October 16, 2025, Plaintiff's Counsel, Michael Healey, provided via email Defendant NHS' Counsel, Gina Janeiro, a copy of the Summons, Complaint, and Waiver of Service.

2.    Attached as Exhibit A is a true and correct copy of the Summons and Complaint.

3.    Attached as Exhibit B is a true and correct copy of the email communication from Plaintiff's counsel to Defendant NHS' Counsel.

4.    On October 20, 2025, Defendant NHS' Counsel provided Plaintiff's Counsel via email a signed Waiver of Service of Summons and Complaint.

5. Attached as Exhibit C is a true and correct copy of the Waiver of Service of Summons and Complaint.

6. Plaintiff's civil action is venued in the Minnesota State District Court of Itasca County, Ninth Judicial District, and is captioned *Whitney Miller, f/k/a Whitney Carpenter v. NHS, Northstar, Inc. and Jose Cordero*, Court File Number 31-CV-25-2517.

7. The Complaint alleges certain employment-related state and federal law claims.

8. The Complaint asserts Defendant NHS is liable for violation of the federal Civil Rights Act, 42 U.S.C. § 2000e-2(a)(1).

9. Plaintiff filed the Summons, Complaint, and Waiver of Service of Summons and Complaint in Itasca County District Court on October 17, 2025. The case number is 31-CV-25-2517.

10. This Notice of and Petition for Removal is timely pursuant to applicable law. 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

11. The deadline to answer or otherwise respond to the Complaint by Defendants NHS and Jose Cordero is December 15, 2025.

12. No further proceedings have taken place in this action.

13. This civil action is removed pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction based on federal question under 28 U.S.C. § 1331.

14. This Court has federal question jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts a claim that arises under federal law. Specifically, Plaintiff alleges in her Complaint a claim for alleged violation of the Civil Rights Act, 42 U.S.C. § 2000e-2(a)(1). Because Plaintiff seeks judicial enforcement of a federal statute, Plaintiff's claims for relief arise under the laws of the United States and present a federal question.

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the alleged events giving rise to Plaintiff's claims occurred in this judicial district.

16. Venue is further proper in this Court pursuant to 28 U.S.C. § 1446(a) because the United States District Court for the District of Minnesota encompasses the judicial district in which Plaintiff filed the Complaint.

17. Defendant NHS submits the Notice of and Petition for Removal without waiving any defenses to the claims asserted by Plaintiff, and without conceding that Plaintiff has pleaded claims upon which relief may be granted.

18. Defendant Jose Cordero consents in the removal of this action.

19. In accordance with 28 U.S.C. § 1446(d), Defendant NHS will promptly serve a copy of the Notice of and Petition for Removal upon Plaintiff and file a copy of the Notice of and Petition for Removal with the Itasca County Court Administrator, Ninth Judicial District, Minnesota State District Court, by electronic filing.

20. Defendant NHS has paid the requisite court fees attendant to the filing of the herein Notice of and Petition for Removal.

WHEREFORE, Defendant NHS respectfully requests, with the consent of Defendant Jose Cordero, that the above-entitled action against it in the Minnesota State District Court, Ninth Judicial District, Itasca County, Minnesota, be removed therefrom to this Court.

Dated: November 19, 2025                    **JACKSON LEWIS P.C.**


                                            */s/ Gina K. Janeiro*
                                            Gina K. Janeiro (MN #0345337)
                                            Ashley Rae Everett (MN #0402661)
                                            150 South Fifth Street, Suite 3500
                                            Minneapolis, MN 55402
                                            Tel: (612) 341-8131
                                            Fax: (612) 341-0609
                                            Gina.Janeiro@jacksonlewis.com
                                            Ashley.Everett@jacksonlewis.com

                                            **ATTORNEYS FOR DEFENDANT NHS**


4915-9945-1259, v. 4

4